DIRECTIONAL LENDING, LLC, Respondent, v MARIE GUERRERA, Now Known as MARIE TOOKER, Appellant, et al., Defendants.

Decided September 5, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of FMC CORPORATION, Respondent, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Appellant.

Submitted June 19, 2017; decided September 5, 2017

Motion to strike portions of the record and appellant's brief denied.

In the Matter of MIGUEL GONZALEZ, Respondent-Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Appellant-Respondent.

Submitted August 7, 2017; decided September 5, 2017

Motion for poor person relief granted.